BEFORE THE THIRD DIVISION, JULY 22, 1958

**No. 62202.**—The Landsdowne Distillery *v.* United States, protest 167682–K (Philadelphia).

Opinion by RICHARDSON, J. At the trial, it was stipulated that certain of the brandy, which was assessed with duties and taxes, was missing and at no time was withdrawn for consumption, and that the facts and issues are the same as those involved in Abstract 61245. In accordance with stipulation of counsel and following Abstract 61245, it was held that taxes and duties upon the missing merchandise were not lawfully assessed. The collector was directed to reliquidate the entry accordingly.